UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

U.S.A. DAWGS, INC., a Nevada
corporation,

                Plaintiff(s),

       vs.

CROCS, INC., a Delaware corporation; and
DOES 1-10,

              Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #  2:14-cv-1461-RFB-PAL

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $200.00

_____Maxwell M. Blecher_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.     That Petitioner is an attorney at law and a member of the law firm of

Blecher Collins Pepperman & Joye, P.C.
_____
(firm name)

with offices at _____515 S. Figueroa St., Suite 1750_____,
(street address)

_____Los Angeles_____, _____California_____, _____90071_____,
(city)               (state)           (zip code)

_____(213) 622-4222_____, _____mblecher@blechercollins.com_____.
(area code + telephone number)      (Email address)

2.     That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiff U.S.A. Dawgs, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 8/14

3. That since   June 17, 1955  , Petitioner has been and presently is a
           (date)

member in good standing of the bar of the highest Court of the State of   California  
                               (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Superior Court of California | June 17, 1955 | 26202 |
| California Supreme Court | June 17, 1955 | 26202 |
| USDC-Central District of California | June 17, 1955 | 26202 |
| USDC-Northern District of California | June 10, 1963 | 26202 |
| USDC-Southern District of California | October 28, 1977 | 26202 |
| USDC-Eastern District of California | June 12, 2006 | 26202 |
| (continued on Attachment A) | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

There are no and have been no disciplinary proceedings instituted against petitioner, nor any
suspension of any license, certificate or privilege to appear before any judicial, regulatory or
administrative body, or any resignation or termination in order to avoid disciplinary or disbarment
proceedings.

2

Rev. 8/14

6.  That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

Petitioner has never been denied admission to the State Bar of Nevada.

7.  That Petitioner is a member of good standing in the following Bar Associations.

Petitioner is a member of good standing of the California State Bar.

8.  Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| January 20, 2012 | Evergreen Partnering | USDC-Massachusetts | Granted |
| January 22, 2013 | Lease America.org | USDC-Massachusetts | Granted |
| October 6, 2013 | DNAML Pty | USDC-S.Dist. of New York | Granted |
| April 8, 2014 | Lavoho L.L.C. | USDC-S.Dist. of New York | Granted |
| | (continued on | Attachment A) | |

(If necessary, please attach a statement of additional applications)

9.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 8/14

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )

COUNTY OF _____Los Angeles_____ )

_____Maxwell M. Blecher_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

State of California, County of _LOS ANGELES_
Subscribed and sworn to (or affirmed) before me
on this _18_ day of _SEPTEMBER_, 20 _14_,
by _MAXWELL M. BLECHER_,
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.
Signature: _Yelba D Sandigo - Notary_

_____day of_____, _____·

_____
Notary Public or Clerk of Court

YELBA D. SANDIGO
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMMISSION # 1966861
MY COMM. EXPIRES JAN. 16, 2016

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Brian J. Elliott_____,
(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action.  The address and email address of

said designated Nevada counsel is:

_____4120 W. Windmill Lane, Unit #106_____,
(street address)

| _____Las Vegas_____, | _____Nevada_____, | ___89139___, |
|---|---|---|
| (city) | (state) | (zip code) |

| _____(702) 260-1060_____, | _____brian.elliott@usadawgs.com_____· |
|---|---|
| (area code + telephone number) | (Email address) |

4

Rev. 8/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Brian J. Elliott _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

CEO USA DAWGS Inc
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11115                          brian.elliott@usadawgs.com
Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 8/14

ATTACHMENT A

## Section 4 (continued)

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, Ninth Circuit | June 17, 1955 | 26202 |
| U.S. Court of Appeals, Tenth Circuit | August 16, 2005 | 26202 |
| U.S. Court of Appeals, Second Circuit | October 22, 2007 | 26202 |
| U.S. Court of Appeals, Eleventh Circuit | July 2, 2008 | 26202 |
| U.S. Court of Appeals, Eighth Circuit | February 9, 2012 | 26202 |
| U.S. Court of Appeals, First Circuit | June 13, 2012 | 1153329 |
| U.S. Supreme Court | February 22, 1971 | 26202 |

## Section 8 (continued)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 8, 2014 | Abbey House Media | USDC-S.Dist. New York | Granted |
| May 2, 2014 | The Vaccine Center | USDC-Nevada | Granted |
| August 7, 2014 | UniStrip Technologies | USDC-E.Dist. Pennsylvania | Granted |

59009.1

# THE STATE BAR
# OF CALIFORNIA

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

September 16, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MAXWELL
MICHAEL BLECHER, #26202 was admitted to the practice of law in this state
by the Supreme Court of California on June 17, 1955; and has been since that
date, and is at date hereof, an ACTIVE member of the State Bar of California; and
that no recommendation for discipline for professional or other misconduct has
ever been made by the Board of Trustees or a Disciplinary Board to the Supreme
Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

1

CERTIFICATE OF SERVICE

2          I, Brian J. Elliott, hereby certify that on October 1, 2014, I caused the foregoing document

3    titled VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY

4    ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF

5    LOCAL COUNSEL to be electronically filed and served via the CM/ECF system.

6          This document is available for review and downloading from the CM/ECF system.

7

8                                          */s/ Brian J. Elliott*
                                          Brian J. Elliott
9                                   Counsel for Plaintiff U.S.A. Dawgs, Inc.

10    60539.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28